1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | HAYK MURADYAN, | Case No. 1:16-cv-00760-SMS
--- | --- | ---
10 | Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
11 | v. |
12 | CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, |
13 | |
14 | Defendant. | (Doc. 2)

15    By motion filed June 1, 2016, Plaintiff Hayk Muradyan seeks to proceed *in forma pauperis*.

16 Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

17    Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

18 The Clerk of Court is directed to issue the summons and new case documents.  The United States

19 Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if

20 requested by the plaintiff.

21
22
23 IT IS SO ORDERED.

24    Dated:  **June 3, 2016**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28