1

2

# UNITED STATES DISTRICT COURT

3

4

# EASTERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

12

13

| | |
|---|---|
| HAYK MURADYAN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social <br> Security, <br><br> Defendant. | ) No. _1:16-cv-00760-GSA_____ <br> ) <br> ) **ORDER ADOPTING** <br> ) **STIPULATION TO EXTEND TIME** <br> ) **TO FILE DEFENDANT'S CROSS-** <br> ) **MOTION FOR SUMMARY** <br> ) **JUDGMENT AND OPPOSITION** <br> ) **TO PLAINTIFF'S MOTION FOR** <br> ) **SUMMARY JUDGMENT** <br> ) <br> ) |

14

15

16

  Based upon the parties' Stipulation filed on February 21, 2017 (Doc. 16),

17

Defendant shall have a two-day extension, until February 23, 2017, to file her

18

Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for

19

Summary Judgment.  All other deadlines are extended accordingly, as set forth in

the Scheduling Order (Docket No. 5).

20

21

22

IT IS SO ORDERED.

23

  Dated:  **February 22, 2017**    _____**/s/ Gary S. Austin**_____

24

              UNITED STATES MAGISTRATE JUDGE

25

26

27

28