Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Hayk Muradyan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYK MURADYAN, | Case No.: 1:16-cv-00760-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Hayk Muradyan be awarded attorney fees in the amount of five thousand five hundred dollars ($5,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

-1-

1  This amount represents compensation for all legal services rendered on behalf of
2  Plaintiff by counsel in connection with this civil action, in accordance with 28
3  U.S.C. §§ 1920; 2412(d).
4      After the Court issues an order for EAJA fees to Hayk Muradyan, the
5  government will consider the matter of Hayk Muradyan's assignment of EAJA fees
6  to Young Cho. The retainer agreement containing the assignment is attached as
7  exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to
8  honor the assignment will depend on whether the fees are subject to any offset
9  allowed under the United States Department of the Treasury's Offset
10 Program. After the order for EAJA fees is entered, the government will determine
11 whether they are subject to any offset.
12     Fees shall be made payable to Hayk Muradyan, but if the Department of the
13 Treasury determines that Hayk Muradyan does not owe a federal debt, then the
14 government shall cause the payment of fees, expenses and costs to be made
15 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
16 executed by Hayk Muradyan.[1] Any payments made shall be delivered to Young
17 Cho.
18     This stipulation constitutes a compromise settlement of Hayk Muradyan's
19 request for EAJA attorney fees, and does not constitute an admission of liability on
20 the part of Defendant under the EAJA or otherwise. Payment of the agreed amount
21 shall constitute a complete release from, and bar to, any and all claims that Hayk
22 Muradyan and/or Young Cho including Law Offices of Lawrence D. Rohlfing may
23 have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 27, 2017    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Hayk Muradyan

DATE: November 27, 2017    PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Ann L. Maley*

ANN L. MALEY
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

## **ORDER**

Pursuant to the stipulation of the parties (Doc. 22), Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND FIVE HUNDRED dollars and ZERO cents ($5,500.00). Payment shall be made pursuant to *Astrue v. Ratcliff*, 130 S. Ct. 2521 (2010) in accordance with the terms of the stipulation outlined above.

IT IS SO ORDERED.

Dated: **November 29, 2017**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE